# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **LARRY COLE and JOEL ELIZONDO,** | § | |
| **Individually and on behalf of** | § | |
| **all others similarly situated,** | § | **Case 4:16-cv-02030** |
| | § | |
| **Plaintiff,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **v.** | § | **COLLECTIVE ACTION** |
| | § | **PURSUANT TO 29 U.S.C. § 216(b)** |
| **AES DRILLING FLUIDS, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF FILING NOTICE OF CONSENTS

Plaintiff hereby submits the attached notice(s) of consent:

1. Royce Dean Huff

Respectfully submitted,

By: */s/ Michael A. Josephson*
 Michael A. Josephson
 Fed. Id. 27157
 Texas Bar No. 24014780
 Andrew Dunlap
 Fed Id. 1093163
 Texas Bar No. 24078444
 Lindsay Rae Itkin
 Fed Id. 1458866
 Texas Bar No. 24068647
 Jessica M. Bresler
 Fed Id. 2459648
 Texas Bar No. 24090008
 **FIBICH, LEEBRON, COPELAND,**
  **BRIGGS & JOSEPHSON**
 1150 Bissonnet
 Houston, Texas 77005
 713-751-0025 – Telephone
 713-751-0030 – Facsimile
 mjosephson@fibichlaw.com
 adunlap@fibichlaw.com
 litkin@fibichlaw.com
 jbresler@fibichlaw.com

 **AND**

 Richard J. (Rex) Burch
 Fed. Id. 21615
 Texas Bar No. 24001807
 **BRUCKNER BURCH, P.L.L.C.**
 8 Greenway Plaza, Suite 1500
 Houston, Texas 77046
 713-877-8788 – Telephone
 713-877-8065 – Facsimile
 rburch@brucknerburch.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 26th day of July 2016.

  */s/ Michael A. Josephson*
  Michael A. Josephson

**CONSENT TO JOIN WAGE CLAIM**

Print Name: __Royce Dean Huff_____

1. I hereby consent to participate in a collective action lawsuit against __AES Drilling_____
   to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be
   bound by the Court's decision.

3. I designate the law firm and attorneys at FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON as
   my attorneys to prosecute my wage claims.

4. I authorize the law firm and attorneys at FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON to
   use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration
   against the company.

Signature: __Royce Dean Huff (Jul 26, 2016)_____        Date Signed: __Jul 26, 2016_____

Exhibit 1